UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

_____

QUAVONDO STRONG,

       Plaintiff,

v.

MELINDA K. BRAMAN,

       Defendant.
_____/

Case No. 1:22-cv-1180

Honorable Paul L. Maloney

## JUDGMENT

In accordance with the opinion issued this date:

**IT IS ORDERED** that Plaintiff's action is **DISMISSED WITH PREJUDICE** for failure to state a claim pursuant to 28 U.S.C. §§ 1915(e)(2)(B)(ii) and 1915A(b)(1), and 42 U.S.C. § 1997e(c).

Dated:   December 21, 2022

/s/ Paul L. Maloney
Paul L. Maloney
United States District Judge